**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Eastern District of California_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | Kodiak Trucking Inc. |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 7 – 2 3 3 8 0 8 7 |

| 4. Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|
| | _____<br>34967 Imperial Street<br>Number         Street<br><br>Bakersfield, CA 93308<br>City         State   ZIP Code<br><br>Kern<br>County | PO Box 80904<br>_____<br>Number         Street<br><br>Bakersfield, CA 93380<br>City         State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number         Street<br><br>_____<br>City         State   ZIP Code |

| 5. Debtor's website (URL) | _____ |
|---|---|
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor ____Kodiak Trucking Inc._____    Case number *(if known)* _____
   Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  4   8   4   2 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>            MM / DD / YYYY<br>   District _____ When _____ Case number _____<br>            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>   District _____ When _____<br>                MM / DD / YYYY<br>   Case number, if known _____ |

| Debtor | Kodiak Trucking Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number  Street<br>_____<br>City  State  ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ | |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☐ 1-49  ☐ 50-99<br>☑ 100-199  ☐ 200-999 | ☐ 1,000-5,000  ☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor   Kodiak Trucking Inc.                                    Case number (if known) _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-15-2023
            MM/ DD/ YYYY

X _____           Marco Arambula
Signature of authorized representative of debtor    Printed name

Title _____ CEO _____

**18. Signature of attorney**

X /s/ Peter Fear                            Date  12/15/2023
Signature of attorney for debtor                  MM/ DD/ YYYY

Peter Fear
Printed name

Fear Waddell, P.C.
Firm name

7650 N. Palm Avenue Suite 101
Number      Street

Fresno                                      CA        93711
City                                        State     ZIP Code

(559) 436-6575                              pfear@fearlaw.com
Contact phone                               Email address

207238                                      CA
Bar number                                  State

Fill in this information to identify the case:

Debtor name: Kodiak Trucking Inc.

United States Bankruptcy Court for the: Eastern District of California

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | 5 A.B. Trans Inc<br>751 Monte Casa St<br>Manteca, CA 95337 | | | | | | $21,530.25 |
| 2 | Carlos & Maria Lovera<br>203 Riesling Vines St<br>Bakersfield, CA 93314 | | Promissory Note | | | | $70,000.00 |
| 3 | Carlos & Maria Lovera<br>203 Riesling Vines St<br>Bakersfield, CA 93314 | | | | | | $60,000.00 |
| 4 | Carlos & Maria Lovera<br>203 Riesling Vines St<br>Bakersfield, CA 93314 | | | | | | $50,000.00 |
| 5 | Carlos & Maria Lovera<br>203 Riesling Vines St<br>Bakersfield, CA 93314 | | Promissory Note | | | | $50,000.00 |
| 6 | Cholico Ink<br>32850 Road 156<br>Ivanhoe, CA 93235 | | | | | | $19,451.15 |
| 7 | Dump Dash<br>3820 Troutdale Ct<br>Bakersfield, CA 93312 | | | | | | $25,964.50 |
| 8 | Employment Development Department (EDD)<br>BK Special Procedures Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | | 4/2022 to 3/2023. | | | | $112,695.23 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

| Debtor | Kodiak Trucking Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Employment Development Department (EDD) State of California PO Box 826215 MIC 3A Sacramento, CA 94230-6215 | | June 2023 to December 2023. | | | | $39,157.18 |
| 10 | First Insurance Funding 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7917 | | | | | | $79,909.82 |
| 11 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 940 & 941 Forms for 2019 to 2/2023. | | | | $829,689.64 |
| 12 | Jeffries Bros., Inc 177 Aviation St Shafter, CA 93263 | | | | | | $535,721.39 |
| 13 | Mike Clark Trucking 19385 Ave 144 Porterville, CA 93257 | | | | | | $97,256.63 |
| 14 | Mind Well Trucking LLC 1709 1st Street Bakersfield, CA 93304 | | | | | | $16,361.20 |
| 15 | Monreal Trucking 726 Corregidora Ave Bakersfield, CA 93307-5821 | | | | | | $20,316.44 |
| 16 | Rancho Trucking Inc PO Box 20576 Bakersfield, CA 93390 | | | | | | $250,680.67 |
| 17 | Ryan M Brown 27277 Ave 196 Strathmore, CA 93267 | | | | | | $133,012.00 |
| 18 | Santander Bank 3 Huntington Quadrangle Suite 101N Melville, NY 11747 | | | | | | $28,055.98 |
| 19 | Schlumberger Technology Corporation 155 Industrail Blvd Sugar Land, TX 77478 | | | | | | $76,400.00 |
| 20 | Wayne Long & Co 1502 Mill Rock Way, Suite 200 Bakersfield, CA 93311 | | | | | | $37,985.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2